UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY JACKSON,

        Petitioner,

v.                                  Case No: 6:22-cv-675-WWB-GJK

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS
and ATTORNEY GENERAL, STATE OF
FLORIDA,

        Respondents.
_____/

## ORDER

THIS CAUSE is before the Court on initial review of the Motion for Postconviction Relief ("**Petition**," Doc. 1) filed by Petitioner, who is currently incarcerated at the Florida State Prison in Raiford, Florida. The Petition is filed pursuant to Florida Rule of Criminal Procedure 3.850, and the heading identifies the Circuit Court in and for Orange County, Florida. (Doc. 1 at 1). Petitioner failed to either pay the required filing fee or submit a motion for leave to proceed *in forma pauperis*.

It appears that Petitioner intended to file the Petition with the state court. In addition, Petitioner's allegations fail to specify (and the Court is unable to determine) the basis upon which the Court would have jurisdiction over this matter.[1]

---

[1] "Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

However, if Petitioner did intend to file a federal petition for writ of habeas corpus, he must submit his petition using a fully completed petition for writ of habeas corpus form. Additionally, if Petitioner desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. To that end, the Clerk's Office shall send to Petitioner both the form for a petition for writ of habeas corpus and the form for a motion for leave to proceed *in forma pauperis*. If Petitioner decides to file a petition, he should not place this case number on the form, as the Clerk of the Court will assign a separate case number.

Accordingly, this case is dismissed without prejudice to give Petitioner the opportunity to either file a Rule 3.850 motion in the state court or to properly file a federal habeas petition. If Petitioner files a federal habeas petition he must either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

It is, therefore, **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 12, 2022.

                                                          _____
                                                          WENDY W. BERGER
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party